UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

REBECCA MOORE

Plaintiff                                              CIVIL ACTION NO

V.

COMMERCIAL CHECK CONTRIOL, INC.

Defendant                                              JULY 26, 2012

COMPLAINT FOR DAMAGES AND INCIDENTAL RELIEF

Plaintiff, sues Defendant a non licensed collection agency doing business Maryland and alleges:

I. PRELIMINARY STATEMENT

1. This is an action brought pursuant to 15 D.S.C. § 1692, *et sequi*, known more commonly as the "Fair Debt Collection Practices Act" ("FDCP A"), which prohibits debt collectors from engaging in abusive, deceptive and unfair practices.

II. JURISDICTION

2. The jurisdiction of this Court arises under 15 U.S.C. §1692k and 28 D.S.C. §1337.

III. ALLEGATIONS AS TO PARTIES

3. Plaintiff is a resident of Annapolis, MD

4. At all times material hereto, Defendant, Commercial Check Control, Inc., ("Collection Agency), was "DENIED" a collection agency license by the Maryland Department of Financial Regulation.

5. At all times material hereto, Defendant was doing business in Maryland.

6. At all times material hereto, Defendant, was acting like a licensed collection agency with a principal place of business 7250 BEVERLY BLVD., SUITE 200 LOS ANGELES, CA 90036.

7. Defendant is or was engaged in the collection of debts from consumers using the mail and telephone. Defendant regularly attempted to collect consumer debts alleged to be due to another in the State of Maryland.

## IV. FACTUAL ALLEGATIONS

8. For an extended period of time, Defendant acted as collection agency for Trader Joe's in the State of Maryland.

9. In the course of its representation of Trader Joe's Defendant regularly collected or attempted to collect monies from consumers for delinquent grocery accounts.

10. On or about June 19, 2012, Defendant sent or caused to be sent to Ms. Moore written correspondence, known more commonly in the collection industry as a "dunning letter," for the purpose of collecting monies for Trader Joe's purportedly owed by Ms. Moore to the creditor. ("Initial Collection Communication").

11. A true and correct copy of the Initial Collection Communication, is attached hereto and incorporated by reference as Exhibit "1."

## V. DEFENDANTS' PRACTICES

12. It is or was the policy and practice of Defendant to send collection letters in the form of Exhibit "1" to consumers in a manner which was reasonably calculated to confuse or frustrate, or mislead MD consumers to believe that Commercial Check Control Inc. was a licensed collection agency and violated the FDCPA §1692e.

13. It is or was the policy and practice of Defendant to send collection letters in the form of Exhibit "1" to consumers wherein Defendant charged or attempted to charge fees and "legal interest" which the Defendant were not entitled to recover from consumers such as Ms. Moore.

14. A true and correct copy of the Plaintiff's second collection letter dated July 2, 2012 is attached hereto and incorporated by reference as Exhibit "2."

15. The Defendant attempted to collect $328.51 from Ms. Moore on June 19, 2012 and then added illegal interest and charges and attempted to collect $329.14 in their second collection letter two weeks later.

## VI. ALLEGATIONS OF LAW

### A. General

16. At all times material hereto, Plaintiff was a "consumer" as said term is defined under 15 U.S.C. §1692a (3).

17. At all times material hereto, Trader Joe's represented by Defendant were "creditor(s)" as said term is defined under 15 U.S.C. §1692a (4).

18. At all times material hereto, the fees and interest purportedly owed to Trader Joe's represented by Defendant were a "debt" as said term is defined under 15 U.S.C. §1692a (5).

### A. Unlawful Claim

19. With respect to the attempt by Defendant to collect more than the alleged amount of the alleged debt as more particularly described above, the conduct of Defendant violated the FDCPA, including but not limited to:

    a.    the use of false representations, deceptive or misleading representations or means to collect or attempt to collect a debt in violation of 15 U.S.C. §1692e, e(2)(A); and

    b.    the use of unfair or unconscionable means to collect or attempt to collect a debt in violation of 15 U.S.C. §1692f (1)

20. As a result of Defendant's' conduct, Plaintiff is entitled to an award of actual and statutory damages pursuant to 15 U.S.C. §1692k.

21. Plaintiff is entitled to an award of costs and attorneys fees pursuant to 15 U.S.C. § 1692k.

### B. No collection agency license claim

22. With respect to the attempt by Defendant to collect debt in Maryland without a proper collection agency license, was false, deceptive and misleading as more particularly described above, the conduct of Defendant violated the FDCPA.

WHEREFORE, Plaintiff, an individual, requests judgment be entered in his favor against Defendant for:

    A.    Actual and statutory damages pursuant to 15 U.S.C. §1692k;

    B.    An award of costs and attorney's fees pursuant to 15 U.S.C. § 1692k; and

    C.    Such other and further relief as the Court may deem just and equitable.

**DEMAND FOR JURY TRIAL**

THE PLAINTIFF
BY /S/ Michael W. Kennedy
Michael W. Kennedy, Esquire
The Kennedy Law Firm
1204 Main Street, Suite 176
Branford, CT 06405
203-4814040
Fax: 443-440-6372
Email: mwk550@yahoo.com

**COMMERCIAL CHECK CONTROL**

(323) 935-3000

7250 Beverly Blvd, Suite 200  CCCL - 28
Los Angeles, CA 90036-2560  0520110525



June 19, 2012

Personal & Confidential   4762088-1
REBECCA S MOORE
1013 KENSINGTON WAY
ANNAPOLIS, MD 21403-3516

RE: TRADER JOE'S
Account Number: 4762088-1
Account Balance: $328.51

## NOTICE OF RETURNED CHECK

The BAD CHECK(S) which you gave to our client (shown below) has been assigned to us for collection. The amount owed, which includes any legal interest if applicable in your state, appears in the box below.

**UNTIL THIS IS RESOLVED, YOUR CHECKS MAY NOT BE APPROVED AT ANY CCC MERCHANT.**

Payment MUST be made to this office in order for you to receive proper credit. If you have paid elsewhere, you must call us to clear your account. Your returned check and check fee may be re-cleared electronically.

You can now make your payment to us over the Internet. Log on to http://www.commercialcheck.com, select payment icon, and follow instructions.

**FOR QUESTIONS REGARDING THIS ACCOUNT, CALL 323-935-3000.**

**THIS IS AN ATTEMPT TO COLLECT A DEBT BY A DEBT COLLECTOR AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS FROM RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THE DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF YOU REQUEST THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

---------Detach And Return With Payment---------

PAYMENT SLIP

| Account | Client | |
|---|---|---|
| 4762088-1 | TRADER JOE'S | |
| **Check Amount** | **Check Charge & Interest** | **Total Amount Due** |
| $292.03 | $36.48 | **$328.51** |



Make your check or money order payable to:

COMMERCIAL CHECK CONTROL, INC.
7250 Beverly Blvd, Suite 200
Los Angeles, CA 90036-2560

REBECCA S MOORE
1013 KENSINGTON WAY
ANNAPOLIS, MD 21403-3516

June 19, 2012

28-1 (O)



7250 Beverly Blvd, Suite 200
Los Angeles, CA 90036-2560

CCCL - 37
052156940

**COMMERCIAL CHECK CONTROL**
(323) 935-3000

July 2, 2012

Personal & Confidential      4762088-1
REBECCA S MOORE
1013 KENSINGTON WAY
ANNAPOLIS, MD 21403-3516

RE: TRADER JOE'S
Account Number: 4762088-1
Account Balance: $329.14

## SECOND NOTICE

You have been previously notified of unpaid check(s) in our possession. You have made no attempt to honor your dishonored check(s) by payment in full nor have you made any attempt to contact us regarding this legal obligation.

You have failed to respond to our first notice. If payment has not been sent, please contact us to discuss this matter.

You can now make your payment to us over the Internet. Log on to commercialcheck.com, select payment icon, and follow instructions.

The amount owed, which includes any legal interest if applicable in your state, appears in the box below.

**THIS IS AN ATTEMPT TO COLLECT A DEBT BY A DEBT COLLECTOR AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**